# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID SAFRANEK, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **USAA CASUALTY INSURANCE COMPANY, ET AL.** | **NO. 20-00198-BAJ-EWD** |

## RULING AND ORDER

Before the Court is Plaintiffs' **Motion to Remand (Doc. 16)**, requesting that this action be returned to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. In the alternative, Plaintiffs request that the Court sever and remand all non-class claims raised by Plaintiffs prior to removal.

On February 25, 2021, the Magistrate Judge issued a Report and Recommendation (Doc. 28) recommending that Plaintiffs' Motion be denied. Plaintiffs' do not object to the Magistrate Judge's recommendation.

Having carefully considered Plaintiffs' Motion, Defendant USAA Casualty Insurance Company's opposition, and related filings—including the underlying state court record—the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Doc. 16) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' request to sever and remand non-class claims is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for a scheduling conference.

Baton Rouge, Louisiana, this 12th day of March, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**