# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID SAFRANEK, ET AL.** | CIVIL ACTION |
| **VERSUS** | |
| **USAA CASUALTY INSURANCE COMPANY, ET AL.** | NO. 20-00198-BAJ-EWD |

### JUDGMENT

Considering the parties' **Joint Motion For Order Of Dismissal (Doc. 38)**, which the Court deems a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is **DISMISSED WITH PREJUDICE,** with each party to bear its own costs

Baton Rouge, Louisiana, this 30th day of September, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**